UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY WAYNE KOHL,<br><br>    Defendant. | CASE NO. CR21-170 JCC<br><br>DETENTION ORDER |

Offenses charged:

  1.  Conspiracy to Distribute Controlled Substances

Date of Detention Hearing:   November 5, 2021.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e). Defendant has a lengthy criminal record including multiple convictions for possession of a controlled substance, attempt to elude and assault.

2. Defendant is a danger to the community because of his lengthy criminal history, and his failure to comply with the terms of supervision. Of particular note are his violations of supervision following his 2015 conviction for possession of methamphetamine, where he tested positive for methamphetamine four times and failed to participate in treatment. Defendant has a long-term addition to methamphetamine, which he appears to have underreported to Pre-trial services. The proposed release address is not suitable as it is the same address as the location of the alleged drug trafficking and the person who also lives at that address has a criminal history involving a federal conviction for conspiracy to deliver cocaine.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 5th day of November, 2021.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3